```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
NEW YORK CITY DISTRICT COUNCIL OF
CARPENTERS,

                        Petitioner,              ORDER ADOPTING REPORT
                                                 AND RECOMMENDATION
        - against -                              17-CV-04923 (RRM) (VMS)

DVI, LLC,

                        Respondent.
-----------------------------------------------------------------X
```

ROSLYNN R. MAUSKOPF, United States District Judge.

The New York City District Council of Carpenters ("District Council" or "Petitioner") moved for default judgment against DVI, LLC ("DVI" or "Respondent"). This Court referred that motion to Magistrate Judge Vera M. Scanlon for a Report and Recommendation. Judge Scanlon issued a Report and Recommendation ("the R&R") recommending that Petitioner's motion for default judgment be granted, and awarding certain damages. (Doc. No. 13.) Judge Scanlon reminded the parties that, pursuant to Federal Rule of Civil Procedure 72, any objection to the R&R must be filed within fourteen (14) days. More than fourteen days has passed and no party has filed any objection.

Pursuant to 28 U.S.C. § 636(b) and Federal Rule of Civil Procedure 72, the Court has reviewed the R&R for clear error and, finding none, concurs with the R&R in its entirety. *See Covey v. Simonton*, 481 F. Supp. 2d 224, 226 (E.D.N.Y. 2007).

Accordingly, it is hereby ORDERED that Petitioner's motion for default judgment against Respondent DVI is granted, and Petitioner is awarded: (1) $399.04 in wages (less statutory deductions) on behalf of Mr. Charles McNally; (2) $356.48 in benefit contributions to the New York City District Council of Carpenters Benefit Funds on behalf of Mr. McNally; (3)

pre-judgment interest on the principal amount of $755.52, calculated at the rate of 9% per annum from July 18, 2017, through the entry of judgment; (4) $1,590.00 in attorneys' fees; (5) $700.32 in costs; and (6) post-judgment interest, calculated at the statutory rate prescribed by 28 U.S.C. § 1961. Petitioner's request that the judgment include the $500 fee that Respondent is required to pay to the Arbitrator is DENIED.

The Clerk of the Court is directed to enter judgment pursuant to this Order, send a copy of this Order and the accompanying judgment to DVI, and note the mailing on the docket.

SO ORDERED.

Dated: Brooklyn, New York
March 1, 2019

s/Roslynn R. Mauskopf

ROSLYNN R. MAUSKOPF
United States District Judge